**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**
**ex rel. Matthew McDonald and**
**Matthew McDonald Individually,**

**STATE OF FLORIDA, ex rel.**
**Matthew McDonald;**

**Plaintiffs,**

**vs.** **Case no.: 8:13-cv-1705-T-23TGW**

**WALTER INVESTMENT MANAGEMENT CORPORATION; GREEN TREE SERVICING, LLC; REVERSE MORTGAGE SOLUTIONS, INC.; REO MANAGEMENT SOLUTIONS, LLC; RMS ASSET MANAGEMENT SOLUTIONS, LLC; UNIFIED REAL ESTATE MANAGEMENT; BANK OF AMERICA CORPORATION; BANK OF AMERICA HOME LOANS; WELLS FARGO & COMPANY; WELLS FARGO HOME MORTGAGE; COMPU-LINK CORPORATION OF MI; FINANCIAL FREEDOME ACQUSITION, LLC; and ONEWEST BANK, FSB.**

**////**

**Defendants.**
**_____________________________________/**

## NOTICE OF SETTLEMENT

The United States of America, by and through the undersigned counsel, and with the agreement of counsel for Relator, Matthew McDonald, jointly file this Notice of Settlement pursuant to Local Rule 3.08(a). The United States, Relator, and Walter Investment Management

Corp. have reached a resolution in principal to resolve all issues and are currently in the process of working out the final agreement. Accordingly, the United States and Relator are providing this notice to the Court subject to the provisions of Local Rule 3.08(b).

Respectfully Submitted,

A. LEE BENTLEY, III
United States Attorney

_*/s/ Kyle S. Cohen*____________
KYLE S. COHEN
Assistant United States Attorney
Florida Bar No. 0829951
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone No. (239) 461-2200
Facsimile No. (239) 461-2219
Email: kyle.cohen@usdoj.gov

and

_*/s/ David J. Linesch*__________
DAVID J. LINESCH, esq.
Florida Bar no. 0376078
THE LINESCH FIRM, P.A.
700 Bee Pond Rd.
Palm Harbor, FL 34683
Telephone No. (727) 786-0000
Facsimile No. (727) 786-0974
Attorney for Plaintiff/Relator